IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOSE A. RIVERA, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Case No. 3:20-CV-1787-X-BT |
| § | |
| DALLAS COUNTY SRTs, DALLAS § | |
| COUNTY JAIL, and DALLAS § | |
| COUNTY, § | |
| § | |
| *Defendant*. § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 15th day of October, 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE