UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSE A. RIVERA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:20-cv-1787-X-BT |
| | § | |
| DALLAS COUNTY SRTs, et al., | § | |
| | § | |
| *Defendants.* | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated February 8, 2021. The Magistrate Judge recommends that the plaintiff's complaint be dismissed under 28 U.S.C. § 1915 and any pending motions denied as moot. No objections were filed, so the court reviews the Findings, Conclusions, and Recommendation for clear error.

After review, the Court finds that the Findings and Recommendation of the Magistrate Judge lack any clear error, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. All claims contained in the plaintiff's complaint against the Dallas County Jail are hereby **DISMISSED WITH PREJUDICE.** All other claims contained in the complaint are hereby **DISMISSED WITHOUT PREJUDICE.** All other pending motions are hereby **DENIED AS MOOT.**

1

**IT IS SO ORDERED** this 4th of March, 2021.

                                                BRANTLEY STARR
                                                UNITED STATES DISTRICT JUDGE